UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Daniel J. Dimieri,

                Defendant.

---

7:16-MJ-4066(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on July 29, 2016 accepted the defendant's plea of guilty to a reduced charge of violating 1227.1 sub-division 1 of traffic law, 1112A and 1120A, in full satisfaction of the Misdemeanor Complaint filed on June 24, 2016, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $300.00 to be paid by July 29, 2016.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge